# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| ROBERT SEABRUM, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:18-cv-59 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:16-cr-16) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6, to which Movant Robert Seabrum ("Seabrum") filed Objections, dkt. no. 8. Seabrum's Objections are not responsive to the Report and Recommendation and offer no basis for overruling the Magistrate Judge's findings.

Accordingly, the Court **OVERRULES** Seabrum's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Seabrum's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence as untimely filed. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court **DENIES** Seabrum *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 3 day of August, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA